**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-02402-WYD-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: March 20, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| AJAY TIPNIS, | Kimberlie K. Ryan |
| **Plaintiff,** | |
| v. | |
| EMERY TELEPHONE, | Brett M. Wendt |
| d/b/a EMERY TELOM, *et al.*, | John P. Streelman |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:      9:00 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:** Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(2) and 12(b)(3) or, Alternatively to Transfer this Matter to the United States District Court for the District of Utah [filed January 2, 2007; doc. 6] is granted in part and denied in part for the reasons stated on the record. The parties may conduct written discovery and make Rule 26(a) disclosures, but all depositions in this case shall be stayed.

**ORDERED:** Scheduling Conference set for April 3, 2007 at 11:30 a.m. The parties shall submit a proposed scheduling order by March 29, 2007. The parties shall make their Rule 26(a) disclosures by March 30, 2007.

HEARING CONCLUDED.

**Court in Recess**:      **9:18 a.m.**
Total In-Court Time:      00:18